## RECONSIDERATION DOCKET

**95–1405.  State ex rel. Hartness v. Indus. Comm.**
Franklin App. No. 94APD06–885.  Reported at 81 Ohio St.3d 445, 692 N.E.2d 181.  On motion for reconsideration.  Motion denied.

COOK and LUNDBERG STRATTON, JJ., dissent.

**97–685.  Thomas v. Conrad.**
Montgomery App. Nos. 15873 and 15898.  Reported at 81 Ohio St.3d 475, 692 N.E.2d 205.  On motion for reconsideration.  Motion denied.

**98–223.  Newark v. Zigo.**
Licking App. No. 97CA00103.  Reported at 81 Ohio St.3d 1511, 692 N.E.2d 617.  On motion for reconsideration.  Motion denied.

**98–279.  Olson v. Deer Park.**
In Mandamus.  Reported at 81 Ohio St.3d 1510, 692 N.E.2d 616.  On motion for reconsideration.  Motion denied.

**98–280.  State ex rel. White v. Tracey.**
In Procedendo.  Reported at 81 Ohio St.3d 1510, 692 N.E.2d 616.  On motion for reconsideration.  Motion denied.

**98–463.  State ex rel. Simms v. Cuyahoga Cty. Dept. of Children & Family Serv.**
In Mandamus.  Reported at 81 Ohio St.3d 1520, 692 N.E.2d 1023.  On motion for reconsideration.  Motion denied.